# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NIKOLAI BUZOLIN,

Defendant.

Case No.  2:26-mj-00781

ORDER OF DETENTION

On February 12, 2026, Defendant Nikolai Buzolin made his initial appearance on the Complaint in this matter. The Office of the Federal Public Defender, and DFPD Mara Gonzalez Souto, was appointed to represent Mr. Buzolin. After a contested detention hearing, the Court ordered Mr. Buzolin detained.

The Court makes the following findings:

☐    On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒    On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☐ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

Mr. Buzolin has limited ties in this community or in the Southern District of Texas. He lived in Texas for about six months; he then stopped paying rent on the property in that city and thus apparently has no firm residence in the District where charges are pending. He also does not have a firm residence in this District; he has been living with friends for the brief time he has been in Los Angeles. Mr. Buzolin was arrested after purchasing a one-way ticket to Russia for himself and his family. Mr. Buzolin is a Russian citizen, his family is in Russia, and his wife's work is in

2

Russia. Because his ties to this country are tenuous, the Court therefore finds that Mr. Buzolin poses a risk of non-appearance.

As to danger to the community:

The Court makes no findings, because the risk of non-appearance is sufficient to warrant detention.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: February 12, 2026

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

3